Anna VOG, Appellant, v. UNITED STATES of America.

No. 10165.

Circuit Court of Appeals, Eighth Circuit.

Oct. 25, 1934.

I. K. Lewis, of Duluth, Minn., C. E. Berkman, of Chisholm, Minn., and John H. Hougen, of Minneapolis, Minn., for appellant.

George F. Sullivan, U. S. Atty., of St. Paul, Minn.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion and stipulation of parties.

Victor VIVAUDOU, Plaintiff-Respondent-Appellant, v. Charles G. GUTH, Defendant-Appellant-Respondent.

No. 60.

Circuit Court of Appeals, Second Circuit.

Nov. 5, 1934.

Joseph Dannenberg, of New York City (Julius M. Arnstein, of New York City, on the brief), for plaintiff.

O'Brien, Driscoll & Raftery, of New York City (Arthur F. Driscoll, and Benjamin Pepper, both of New York City, of counsel), for defendant.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

A. J. WALDOCK, Trustee for Republic Lumber Company, v. CHOCTAW LUMBER COMPANY.

No. 1066.

Circuit Court of Appeals, Tenth Circuit.

Sept. 17, 1934.

F. E. Riddle, of Tulsa, Okl., for appellant.

Watson, Ess, Groner, Barnett & Whittaker, of Kansas City, Mo., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges, and JOHNSON, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellee.

A. J. WALDOCK, Trustee of and for Home Builders' Lumber Company, v. CHOCTAW LUMBER COMPANY.

No. 1073.

Circuit Court of Appeals, Tenth Circuit.

Sept. 17, 1934.

F. E. Riddle, of Tulsa, Okl., for appellant.

Watson, Ess, Groner, Barnett & Whittaker, of Kansas City, Mo., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges, and JOHNSON, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellee.